UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA AVONNE HAYES,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 2:25-cv-01976-TLN-CSK<br><br>**ORDER** |

Plaintiff Eva Avonne Hayes ("Plaintiff") filed the instant action seeking judicial review of Defendant Commissioner of Social Security's ("Defendant") final decision denying her application for disability insurance benefits and supplemental security income. This matter was referred to the magistrate judge under Local Rule 302(c)(15).

On May 22, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 21.) On June 2, 2026, Plaintiff filed objections to the findings and recommendations. (ECF No. 22.) On June 9, 2026, Defendant filed a response to the objections. (ECF No. 23.) The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review. The Court has carefully reviewed the file, including Plaintiff's objections and Defendant's

response to the objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 21) are ADOPTED IN FULL;
2. Plaintiff's motion for summary judgment (ECF No. 11) is DENIED;
3. Defendant's cross-motion (ECF No. 16) is GRANTED;
4. The final decision of Defendant is AFFIRMED; and
5. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

DATE: September 24, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE